# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2020

March 18, 2020

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
White Plains, NY 10601-4150

      Re: *United States v Navarro, et al,* 20 Cr. 160 (MKV)

Your Honor:

      I write to ask that I be relieved from representing Michael Tannuzzo in the referenced case, without the necessity of appearing in court. On March 9, 2020, I was appointed to represent Mr. Tannuzzo pursuant to the Criminal Justice Act. On March 13, 2020, Donald Rollock filed a Notice of Appearance on behalf of Mr. Tannuzzo. Today, Mr. Rollock also filed a "waiver of speedy trial," indicating that he had reviewed the Indictment with Mr. Tannuzzo. Thus, it is apparent that Mr. Tannuzzo intends to be represented by Mr. Rollock.

      Accordingly, I ask this Court to endorse this letter, indicating that my representation of Michael Tannuzzo is terminated.

Respectfully submitted,

/s/
James E. Neuman

**Granted. SO ORDERED.**

Date: 3/18/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge