

The Law Offices of
**DONALD T. ROLLOCK**
ATTORNEYS AND COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2020

March 20, 2020

**VIA ECF FILING**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    United States v. Navarro, et al., 20 Cr. 160 (MKV)
               Consent request to adjust Personal Appearance Bond

Dear Judge Vyskocil:

        I represent Michael Tannuzzo in the above-referenced Indictment and write to request that his unsecured personal recognizance bond of One Hundred Thousand Dollars be converted into a Person of Moral Suasion Bond. I have discussed the bond issue with the Government at length and they have agreed to this application. My client has a signer who has been approved by the AUSA Sarah Mortazavi.

        The Court is thanked in advance for its time, and should it have any questions, I am available at Your Honor's convenience for a conference call with the Government.

                        Respectfully submitted,

                        Donald Rollock, Esq.

GRANTED. Defendant Tannuzzo's bail condition is modified. In lieu of a personal recognizance bond signed by one financially responsible person, Mr. Tannuzzo may submit a person of moral suasion bond signed by the person whom the government has already approved.

Date: 3/20/2020
New York, New York
                Mary Kay Vyskocil
                United States District Judge