

The Law Offices of
DONALD T. ROLLOCK
ATTORNEYS AND COUNSELORS AT LAW

June 29, 2020

**VIA ECF FILING**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    United States v. Navarro, et al., 20 Cr. 160 (MKV)

Dear Judge Vyskocil:

      I represent Michael Tannuzzo in the above-referenced Indictment and write to request, pursuant to Fed. R. Crim. P. 10(b), that the Court allow Mr. Tannuzzo to waive his personal appearance at tomorrow's June 30, 2020 telephonic conference. Attached please find as Exhibit "A," a written waiver of appearance executed by Mr. Tannuzzo. On June 15, 2020, I responded to the Government's request with respect to waiving my client's appearance and speedy trial for tomorrow's court date.

      I request that the Court grant this application.

Respectfully submitted,

Donald Rollock, Esq.