UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    7/5/2022
```

UNITED STATES OF AMERICA,

-against-                                    20-cr-160 (MKV)

MICHAEL TANNUZZO,                     SCHEDULING ORDER

                    Defendant.

MARY KAY VYSKOCIL, United States District Judge:

        IT IS HEREBY ORDERED that the parties shall appear for a change of plea hearing on

July 7, 2022 at 2:00 p.m.  The hearing will be held in Courtroom 18C of 500 Pearl Street, New

York, NY 10007.

**SO ORDERED.**

**Date:  July 5, 2022**                    MARY KAY VYSKOCIL
**New York, NY**                          United States District Judge

1